

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL   703 • 714 • 7676
FAX  703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703-714-7676
EMAIL: sahmad@hunton.com

May 16, 2012

**VIA ECF**

The Honorable Thérèse Wiley Dancks
United States District Court
   for the Northern District of New York
100 South Clinton Street
Federal Building and U.S. Courthouse
Syracuse, NY 13261

Re:   Utica Mut. Ins. Co. v. INA Reins. Co. n/k/a R&Q Reins. Co.,
        No. 6:12-cv-00194 (DNH-TWD)

Dear Judge Dancks:

We represent Utica Mutual Insurance Company in the captioned lawsuit.

We write to request that the telephonic hearing set for May 29, 2012 be rescheduled. Walter Andrews and I have a three-week trial beginning on May 29. Therefore, we request that the telephonic hearing be rescheduled to June 18 or as soon as possible thereafter.

We have conferred with R&Q's counsel regarding this request and have been advised that R&Q has no objection to the requested adjournment.

Respectfully submitted,

*Syed S. Ahmad*

Syed S. Ahmad