UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UTICA MUTUAL INSURANCE COMPANY

        6:12-CV-194
        (DNH/TWD)

        Plaintiff,

    -v-

INA REINSURANCE COMPANY,
N/K/A R&Q Reinsurance Company,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

| | |
|---|---|
| HUNTON & WILLIAMS LLP | WALTER J. ANDREWS, ESQ. |
| Attorneys for Plaintiff | SYED S. AHMAD, ESQ. |
| 1751 Pinnacle Drive | PATRICK M. MCDERMOTT, ESQ. |
| Suite 1700 | |
| McLean, VA 22102 | |
| | |
| CHADBOURNE & PARKE LLP | JOHN F. FINNEGAN, ESQ. |
| Attorneys for Defendant | ROBERT A. SCHWINGER, ESQ. |
| 30 Rockefeller Plaza | THOMAS J. HALL, ESQ. |
| New York, NY 10112 | MICHAEL A. SAMALIN, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this diversity action against defendant asserting claims for breach

of contract, tortious inference with contract, and declaratory and injunctive relief.  On April 24,

2012, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by

Report-Recommendation that defendant's motion to dismiss or alternatively stay this action

be denied.  No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. §

636(b)(1).

Accordingly, it is

ORDERED that

Defendant's motion to dismiss or stay this action is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   June 11, 2012
         Utica, New York.