UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

       v.                                         No. 6:12-cv-00194 (DNH/TWD)

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

                Defendant.

------------------------------------------------X

### PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S
### NOTICE OF OBJECTIONS TO MAGISTRATE JUDGE DANCKS'
### JUNE 12, 2012 DECISION AND ORDER

| | |
|---|---|
| **OBJECTIONS FILED BY:** | Plaintiff Utica Mutual Insurance Company |
| **RELIEF REQUESTED:** | An Order (a) setting aside Magistrate Judge Dancks' June 12, 2012 ruling denying that part of Utica's Motion to Seal that sought to seal information that is confidential under an Arbitration Panel's Confidentiality Order and Utica's and R&Q's confidentiality agreements; and (b) ruling that Utica's entire Motion to Seal should be granted |
| **BASIS FOR RELIEF REQUESTED:** | Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1(b) |
| **SUPPORTING PAPERS:** | Designation of Contents of the Record on Appeal; Plaintiff's Memorandum of Law in Support of Objections to Magistrate Judge Dancks' Ruling on Utica's Motion to Seal; and subsequent material related to Notice of Objections filed by Plaintiffs |

| | |
|---|---|
| **PLACE:** | United States District Court<br>Northern District of New York<br>Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica, New York 13501 |
| **RETURN DATE:** | August 10, 2012 |

Dated:  McLean, VA
         June 29, 2012

Respectfully Submitted,

  /s/ *Walter J. Andrews*
Walter J. Andrews
(N.D.N.Y. Bar No. 106051, admitted *pro hac vice*)
Syed S. Ahmad
(N.D.N.Y. Bar. No. 602911)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
(703) 714-7400
wandrews@hunton.com
sahmad@hunton.com

*Attorneys for Plaintiff*
*Utica Mutual Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

I hereby declare that on June 29, 2012, I electronically filed the attached Plaintiff Utica Mutual Insurance Company's Notice of Objections to Magistrate Judge Dancks' June 12, 2012 Decision and Order with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>John F. Finnegan, Esq.
>Robert A. Schwinger, Esq.
>Thomas J. Hall, Esq.
>CHADBOURNE & PARKE LLP
>30 Rockefeller Plaza
>New York, New York 10112-0127
>jfinnegan@chadbourne.com
>rschwinger@chadbourne.com
>thall@chadbourne.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2012.

/s/ Bradford C. Mulder
Bradford C. Mulder