UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UTICA MUTUAL INSURANCE COMPANY, :
:
Plaintiff, :
:
v. : No. 6:12-cv-00194 (DNH/TWD)
:
INA REINSURANCE COMPANY, :
N/K/A R&Q REINSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------X

# DESIGNATION OF CONTENTS OF THE RECORD ON APPEAL, SUBMITTED IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE DANCKS' JUNE 12, 2012 DECISION AND ORDER

1. Complaint, filed November 14, 2011 (Dkt. No. 1).

2. Motion to Seal Confidential Information, filed November 29, 2011 (Dkt. No. 5).

3. Declaration of Syed S. Ahmad in Support of Motion to Seal Confidential Information, including attached exhibits, filed November 29, 2011 (Dkt. No. 6).

4. Memorandum of Law in Support of Motion to Seal Confidential Information, filed November 29, 2011 (Dkt. No. 7).

5. Memorandum of Law in Opposition to Motion to Seal Confidential Information, filed December 16, 2011 (Dkt. No. 21).

6. Reply Memorandum of Law in Support of Motion to Seal Confidential Information, filed December 23, 2011 (Dkt. No. 22).

7. Declaration of Syed S. Ahmad Submitted With Reply for Motion to Seal Confidential Information, including attached exhibits, filed December 23, 2011 (Dkt. No. 23).

8. Redacted Declaration of Syed S. Ahmad Submitted With Reply for Motion for Preliminary Injunction, including attached exhibits, filed December 23, 2011 (Dkt. No. 25).

9. Redacted Reply Memorandum of Law in Support of Motion for Preliminary Injunction, filed December 23, 2011 (Dkt. No. 26).

10.     Declaration of Syed S. Ahmad Submitted With Reply for Motion for Preliminary Injunction, including attached exhibits, filed under seal December 23, 2011 (Dkt. No. 50).

11.     Reply Memorandum of Law in Support of Motion for Preliminary Injunction, filed under seal December 23, 2011 (Dkt. No. 51).

12.     Text Order, filed May 21, 2012.

13.     Decision and Order, filed June 12, 2012.

Dated: McLean, VA
        June 29, 2012

Respectfully Submitted,

*/s/ Walter J. Andrews*
Walter J. Andrews
(N.D.N.Y. Bar No. 106051, admitted *pro hac vice*)
Syed S. Ahmad
(N.D.N.Y. Bar. No. 602911)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
(703) 714-7400
wandrews@hunton.com
sahmad@hunton.com

*Attorneys for Plaintiff*
*Utica Mutual Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

I hereby declare that on June 29, 2012, I electronically filed the attached Designation of Contents of the Record on Appeal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>John F. Finnegan, Esq.
>Robert A. Schwinger, Esq.
>Thomas J. Hall, Esq.
>CHADBOURNE & PARKE LLP
>30 Rockefeller Plaza
>New York, New York 10112-0127
>jfinnegan@chadbourne.com
>rschwinger@chadbourne.com
>thall@chadbourne.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2012.

/s/ Bradford C. Mulder
Bradford C. Mulder