UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UTICA MUTUAL INSURANCE COMPANY,

                              Plaintiff,        6:12-CV-194

         -v-

INA REINSURANCE COMPANY, n/k/a R&Q
Reinsurance Company,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HUNTON & WILLIAMS LLP<br>Attorneys for Plaintiff<br>1751 Pinnacle Drive<br>Suite 1700<br>McLean, VA  22102 | PATRICK M. MCDERMOTT, ESQ.<br>SYED S. AHMAD, ESQ.<br>WALTER J. ANDREWS, ESQ. |
| CHADBOURNE & PARKE LLP<br>Attorneys for Defendant<br>30 Rockefeller Plaza<br>New York, NY  10112 | JOHN F. FINNEGAN, ESQ.<br>MICHAEL A. SAMALIN, ESQ.<br>ROBERT A. SCHWINGER, ESQ.<br>THOMAS J. HALL, ESQ. |

DAVID N. HURD
United States District Judge

## O R D E R

On June 12, 2012, Hon. Therese Wiley Dancks, United States Magistrate Judge, issued a Decision and Order granting in part and denying in part plaintiff's motion for a blanket order sealing all filings in this action.  Dkt. No. 63.  On June 29, 2012, plaintiff filed objections.  Dkt. No. 66.  Defendant responded in opposition.  Dkt. No. 69.

This is a non-dispositive matter.  Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(b), a party may file objections to a Magistrate Judge's order within

fourteen (14) days after being served with a copy of that order.[1]  A district judge must then "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).  Plaintiff's objections—filed over fourteen days after entry of the June 12, 2012, Order—are not timely.  Moreover, the June 12, 2012, Order of the Magistrate Judge is not in any manner clearly erroneous or contrary to law.

    Therefore, plaintiff's objections are DENIED.

    IT IS SO ORDERED.

_____<br>United States District Judge

Dated:   September 7, 2012
           Utica, New York.

---

[1] When computing the relevant time period, "every day, including intermediate Saturdays, Sundays, and legal holidays" are to be counted.  Fed. R. Civ. P. 6(a)(1)(B).  Therefore, any objections to the June 12, 2012, Order must have been filed on or before June 26, 2012.