UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                :

UTICA MUTUAL INSURANCE COMPANY,    :

                               :

                Plaintiff,    :

                               :

                v.           :    No. 6:12-cv-00194 (DNH/TWD)

                               :

INA REINSURANCE COMPANY,         :
N/K/A R&Q REINSURANCE COMPANY,   :

                               :

              Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S
### MOTION FOR LEAVE TO SUPPLEMENT ITS COMPLAINT
### AND TO TEMPORARILY STAY THE SEALING RULING

      As set forth in Plaintiff Utica Mutual Insurance Company's Memorandum of Law and

declaration submitted with this Motion, and pursuant to Federal Rule of Civil Procedure 15(d),

Utica moves this Court for an Order granting Utica leave to supplement its complaint and, in

addition, Utica moves this Court to temporarily stay the Court's June 12, 2012 Order and

Decision.

      On October 19, 2012, a court conference was held regarding the issues presented in the

Motion.

      Pursuant to Local Rule 7.1, the return date for the Motion is December 6, 2012.

Dated:  McLean, VA
        November 2, 2012

Respectfully Submitted,

_/s/ Syed S. Ahmad_____
Walter J. Andrews
(N.D.N.Y. Bar No. 106051, admitted *pro hac vice*)
Syed S. Ahmad
(N.D.N.Y. Bar. No. 602911)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
(703) 714-7400
wandrews@hunton.com
sahmad@hunton.com
*Attorneys  for Plaintiff*
*Utica Mutual Insurance Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
UTICA MUTUAL INSURANCE COMPANY,                     :
                                                    :
                    Plaintiff,                      :
                                                    :
          v.                                        :    No. 6:12-cv-00194 (DNH/TWD)
                                                    :
INA REINSURANCE COMPANY,                            :
N/K/A R&Q REINSURANCE COMPANY,                      :
                                                    :
                    Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

I certify that on November 2, 2012, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the attorneys listed below.

John F. Finnegan
Thomas J. Hall
Robert A. Schwinger
Michael A. Samalin
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
jfinnegan@chadbourne.com
thall@chadbourne.com
rschwinger@chadbourne.com
msamalin@chadbourne.com

*Attorneys for Defendant*
*R&Q Reinsurance Company*

/s/ Syed S. Ahmad
Syed S. Ahmad