UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UTICA MUTUAL INSURANCE COMPANY

                                                              6:12-CV-194
                                                               (DNH/TWD)

                             Plaintiff,

    -v-

INA REINSURANCE COMPANY,
N/K/A R&Q Reinsurance Company,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

| | |
|---|---|
| HUNTON & WILLIAMS LLP | WALTER J. ANDREWS, ESQ. |
| Attorneys for Plaintiff | SYED S. AHMAD, ESQ. |
| 1751 Pinnacle Drive | PATRICK M. MCDERMOTT, ESQ. |
| Suite 1700 | |
| McLean, VA 22102 | |
| | |
| CHADBOURNE & PARKE LLP | JOHN F. FINNEGAN, ESQ. |
| Attorneys for Defendant | ROBERT A. SCHWINGER, ESQ. |
| 30 Rockefeller Plaza | THOMAS J. HALL, ESQ. |
| New York, NY 10112 | MICHAEL A. SAMALIN, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this diversity action against defendant asserting claims for breach of contract, tortious inference with contract, and declaratory and injunctive relief. On November 6, 2012, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's motion for a preliminary injunction be

denied.  No objections to the Report-Recommendation were filed.  Defendant filed a letter brief in response to a portion of the Report-Recommendation.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

Plaintiff's motion for a preliminary injunction is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated: December 14, 2012
          Utica, New York.