

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA  22102

TEL   703 • 714 • 7676
FAX   703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703-714-7676
EMAIL:  sahmad@hunton.com

January 24, 2013

**VIA ECF**

The Honorable Thérèse Wiley Dancks
United States District Court
   for the Northern District of New York
100 South Clinton Street
Federal Building and U.S. Courthouse
Syracuse, NY 13261

   Re:   Utica Mut. Ins. Co. v. INA Reins. Co. n/k/a R&Q Reins. Co.,
           No. 6:12-cv-00194 (DNH-TWD)

Dear Judge Dancks:

We write on behalf of the parties in the captioned lawsuit.

The parties have reached a settlement in principal. As a result, we believe the Court can suspend work on Utica's pending motion to supplement its complaint (Doc. 75). In addition, we request a 30-day stay of the litigation to allow the parties to finalize the settlement and then request dismissal of the action.

Respectfully submitted,

/s/ Syed S. Ahmad
Syed S. Ahmad
*Counsel for Utica Mutual Insurance Company*

/s/ John F. Finnegan
John F. Finnegan
*Counsel for INA Reinsurance Company n/k/a R&Q Reinsurance Company*